Tyler S. Young (11325)
YOUNG, KESTER & PETRO
*Attorneys for Plaintiff*
75 South 300 West
Provo, Utah 84601

FILED
U.S. DISTRICT COURT

2009 OCT 21  P 12: 29

RECEIVED
OCT 0 6 2009
OFFICE OF U.S. DISTRICT JUDGE
BRUCE S. JENKINS

DISTRICT OF UTAH

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| C&A CONSTRUCTION COMPANY, INC, a Utah Corporation, <br><br> Plaintiffs, <br><br> v. <br><br> STEVEN P. DANKO, an individual, and DHC Development, LLC, a Nevada Limited Liability Company, <br><br> Defendants. | **ORDER OF WITHDRAWAL** <br><br><br><br><br><br> Case No.: 2:08-CV-00258 <br> Judge: Jenkins |

This matter came before the Court on Plaintiff's counsel's motion to withdraw.

The Court having reviewed said Motion, there being good cause shown, it is hereby:

ORDERED

1. Plaintiff's counsel is permitted to withdraw on the 15th day of October, 2009.

10/21/09

BY THE COURT:

*/s/ Bruce S. Jenkins*
JUDGE JENKINS