# MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

JUDGE: Hon. Bruce S. Jenkins

COURT REPORTER: Ray Fenlon
COURTROOM DEPUTY: Michael R. Weiler
INTERPRETER: None

CASE NO. 8-C-258 BSJ

C&A Construction Company v. DHC Development, et al

RECEIVED
NOV 2 0 2009
OFFICE OF U.S. DISTRICT JUDGE
BRUCE S. JENKINS

Approved By:_____

## APPEARANCE OF COUNSEL

Pla   Daniel M. Woods
Pla   Steve R. Sumsion
Dft   Lewis P. Reece

DATE: November 20, 2009, 9:30 AM - 9:50 AM

MATTER SET: Final Pretrial Conference                                   (20 mins), Rm 420

DOCKET ENTRY:

Discussion heard. Crt schedules:

- Final pretrial conference reset 1/7/2010, at 9:30 AM.
- Stip proposed final pretrial order due to chambers nlt 1/5/2010.